Case 1:19-cr-00273-SEB-TAB   Document 50   Filed 11/25/24   Page 1 of 1 PageID #: 207

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Scott Foor | )<br>)<br>)<br>)<br>) Case No: 1:19CR00273-001<br>) USM No: 08199-028<br>) |
| Date of Original Judgment: 01/19/2021<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | ) Jacob Leon<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  72 months  months **is reduced to**  69 months* .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

*9 months as to Count 1, and a consecutive term of 60 months on Count 2, for a total of 69 months.

Except as otherwise provided, all provisions of the judgment dated  01/19/2021  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/25/2024

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Effective Date:
*(if different from order date)*